Entered: August 6th, 2025
Signed: August 5th, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE: <br> NORDIA DIXON, <br>     Debtor. <br> _____ <br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-14H,, Movant <br> v. <br> NORDIA DIXON, Debtor/Respondent, <br> and <br> DENNIS L. WATERS, JR., Co-Debtor/Co-Respondent, <br> and <br> TIMOTHY P. BRANIGAN, Trustee/Respondent | Case No. 24-13693-LSS <br><br> Chapter 13 |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

    Upon review of the Motion for Relief from the Automatic Stay and Co-Debtor Stay filed herein by U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-14H ("Movant"), and in the absence of any opposition thereto, it is

    ORDERED that the Automatic Stay imposed by 11 U.S.C. § 362(a) and the Co-Debtor Stay imposed by 11 U.S.C. § 1301(a) are TERMINATED, pursuant to 11 U.S.C. § 362(d)(1), to enable Movant

BWW#:MD-370754

and/or its successors and assigns to cause the commencement or continuation of a foreclosure proceeding, and/or pursue other means, as permitted by state law, of obtaining or transferring title to the real property belonging to the debtor and known as 9822 Fernwood Lane, Hagerstown, MD 21740 (the "Property"), and to allow the purchaser or transferee to obtain possession of same; and is further,

ORDERED, that the Automatic Stay of 11 U.S.C. § 362(a) shall not be reimposed as to the Debtor's interest in the Property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

cc:

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

Timothy P. Branigan, Trustee
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046

David Erwin Cahn, Esq.
129-10 W. Patrick St., 2nd Fl.
Frederick, MD 21701

Dennis L. Waters, Jr.
9822 Fernwood Lane
Hagerstown, MD 21740

Nordia Dixon
9822 Fernwood Ln.
Hagerstown, MD 21740

**END OF ORDER**