# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### Greenbelt District

| | |
|---|---|
| IN RE:<br><br>Nordia Dixon<br>　　Debtor(s) | Bankruptcy No. 24-13693<br>Chapter 13 |
| THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1<br>　　Movant<br><br>VS.<br><br>Nordia Dixon<br>　aka Nordia A. Waters<br>And<br>Dennis L. Waters, Jr.<br>　　Co-Debtor<br>　　　Respondent(s) | |

## AFFIDAVIT OF DEFAULT
## AND NOTICE OF TERMINATION OF AUTOMATIC STAY

I, __Fernando Ruelas_____, being sworn unto oath and competent to testify to the matters set forth below, depose and say:

I am a __Assistant Secretary_____ with Rushmore Servicing, servicer for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1, the holder of the subject loan and have knowledge as to the facts regarding payments in this matter.

With respect to the captioned matter, the debtor(s) have/has failed to make the following Post-Petition payments and/or Stipulated Payments as follows:

Post-Petition Payments
　　07/01/2025　　$2,027.12
　　08/01/2025　　$2,027.12
Stipulated Payments
　　06/15/2025　　$1,037.54
　　07/15/2025　　$1,037.54
　　08/15/2025　　$1,037.54

Plus attorney fees and costs of $125.00 for a total of $7,291.86 as called for in the CONSENT ORDER MODIFYING AUTOMATIC STAY entered by the Honorable Lori S. Simpson on May 19, 2025. The undersigned makes this Affidavit of Default under the terms of said

LAW OFFICES OF
JEFFREY NADEL
4041 POWDER MILL ROAD
SUITE 200
CALVERTON, MD 20705
240-473-5000

FILE NUMBER: 301431

Consent Order, and hereby gives notice that unless said default is cured in accordance with the terms of the said Consent Order, i.e. ten (10) days, the Stay of Section 362(a) will terminate ten days from the mailing of this affidavit and the movant will cause a foreclosure to be instituted.

      I solemnly affirm under the penalties of perjury that the contents of the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

      Nationstar Mortgage LLC, as attorney-in-fact for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1

By: *Fernando Ruelas*
      Fernando Ruelas

LAW OFFICES OF JEFFREY NADEL

By: /s/ Scott E. Nadel
Scott E. Nadel 16027
4041 Powder Mill Road, Suite 200
Calverton, Maryland 20705
240-473-5000
Attorney for Movant

**Certificate of Service**

      I hereby certify this 19th day of August, 2025 that a copy of the foregoing Affidavit of Default and Termination of Automatic Stay was mailed, postage prepaid, first class, to the following:

Nordia Dixon
9822 Fernwood Lane
Hagerstown, MD 21740

Dennis L. Waters, Jr.
3734 Singleton Terrace
Frederick, MD 21704

Dennis L. Waters, Jr.
1601 Colonial Way
Frederick, MD 21702

The following parties have been served via ECF:

David Erwin Cahn, Esquire
129-10 W. Patrick St., 2nd Fl.
Frederick, MD 21701

Timothy P. Branigan
9891 Broken Land Parkway, Suite 301
Columbia, MD 21046

/s/ Scott E. Nadel
Scott Nadel

LAW OFFICES OF
JEFFREY NADEL
4041 POWDER MILL ROAD
SUITE 200
CALVERTON, MD 20705
240-473-5000

FILE NUMBER: 301431